# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Zhong Zhang, individually,
Jie Ma, individually,
                  Plaintiffs,

V.

Emilio T. Gonzalez, Director of the U.S. Citizenship and Immigration Services; Alberto R. Gonzalea, as Attorney General of the United States; Michael Chertoff, in his Official Capacity, Secretary, United States Department of Homeland Security,

                  Defendant(s)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07  02754  RS**

TO: (Name and address of defendant)

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel T. Huang
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 91801

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*Sandy* (signature)
(BY) DEPUTY CLERK

Sandy Morris

5-25-07
DATE 05/11/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 6.15.2007

Name of SERVER

TITLE: proof of service

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I served Alberto R. Gonzales via certified first class mail on June 05 2007

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6.15.2007
Date

Signature of Server
P.O Box 1351, Alhambra CA 91801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

