SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHONG ZHANG,<br>JIE MA,<br><br>            Plaintiffs,<br><br>    v.<br><br>EMILIO T. GONZALEZ, Director of the U.S.<br>Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General<br>of the United States;<br>MICHAEL CHERTOFF, in his Official Capacity,<br>Secretary, United States Department of Homeland<br>Security,<br><br>            Defendants. | No. C 07-2754 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 31, 2007                                      Respectfully submitted,

                                                               SCOTT N. SCHOOLS
                                                               United States Attorney


                                                                   /s/
                                                              ILA C. DEISS
                                                              Assistant United States Attorney