```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHONG ZHANG,<br>JIE MA,<br><br>        Plaintiffs,<br><br>        v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General of the United States;<br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security,<br><br>        Defendants. | No. C 07-2754 RS<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this Court compel defendants to adjudicate the applications for adjustment of status. Given the substance of the action and the lack of any

Parties' Consent to Magistrate Jurisdiction
C07-2754 RS                                       1

potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 17, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: August 17, 2007            /s/
DANIEL HUANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Date:

RICHARD SEEBORG
United States Magistrate Judge