1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 ZHONG ZHANG,                              )
   JIE MA,                                   )  No. C 07-2754 JF
13                                           )
                   Plaintiffs,               )
14                                           )
              v.                             )  **PARTIES' JOINT REQUEST TO BE**
15                                           )  **EXEMPT FROM FORMAL ADR**
   EMILIO T. GONZALEZ, Director of the U.S.  )  **PROCESS**
16 Citizenship and Immigration Services;     )
   ALBERTO R. GONZALES, as Attorney General  )
17 of the United States;                     )
   MICHAEL CHERTOFF, in his Official Capacity,)
18 Secretary, United States Department of Homeland )
   Security,                                 )
19                                           )
                   Defendants.               )
20 _____    )

21      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

24 options provided by the court and private entities, and considered whether this case might benefit

25 from any of them.

26      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

27 mandamus action is limited to plaintiffs' request that this Court compel defendants to adjudicate

28 the applications for adjustment of status.  Given the substance of the action and the lack of any

Parties' Consent to Magistrate Jurisdiction
C07-2754 RS                                  1

potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: August 17, 2007                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorney for Defendants


Dated: August 17, 2007                    _____/s/_____
                                          DANIEL HUANG
                                          Attorney for Plaintiffs


## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Date:
                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

Parties' Consent to Magistrate Jurisdiction
C07-2754 RS                               2