UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, September 7, 2007
**Case Number:** CV-07-2754-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Raynee Mercado

TITLE:     ZHONG ZHANG, ET AL V. EMILIO T. GONZALEZ, ET AL

PLAINTIFF                           DEFENDANT

Attorneys Present:                  Attorneys Present: Melanie Proctor

PROCEEDINGS:
   Case management conference held.  Counsel for defendant is present.
  Cross-motions for summary judgment to be filed by 9/28/07 and oppositions to be filed by
  10/12/07; and then the motions will be submitted on the pleadings.