

**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 22, 2007

WH 590535

Ms. Zhong Zhang
10122 Imperial Avenue
Cupertino, CA 95014

Dear Ms. Zhang:

    Your letter dated April 2, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

    A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on April 23, 2005, and is currently in process.

    The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

    I trust this information will be of assistance.

Sincerely,

For: *[signature]*

Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

Exhibit A, Letter from Michael Cannon

07-02754 JF
Page 14