北京华信医院
(清华大学第一附属医院)

病 历 记 录

姓名：                    (第    页)                    病案号：

编号：张成义    性别：男    年龄：69岁

患者1981年肾病综合症，查尿RT（尿蛋白+），pro 4+，乏力。
系阳性，无浮肿、消瘦，给予治疗过程及结果不详，查尿RT正
常。1999年肾病综合症，查尿RT 3+ pro 4+，感觉浮肿全身（面
部以双腿），此3-4，血脂高，肾功 4+-6+，给予治疗，病情
明显好转。2001年12月查肌酐119 μmol/L。遂开始行间断透析
治疗，每周行2次血液透析，每次4-5小时。透析期间偶有
低血压食欲减退，近年状态不佳，近日出现贫血，骨化醇缺乏。

                                           刘 静
                                           05.7.1

Exhibit B, Hospital record of
Chengyi Zhang

07-02754 JF
15

## History

Name: Chengyi Zhang
Date of Birth: 10/30/1935

Beijing Hua Shin Hospital, Tsinghua University Affiliate Hospital

The patient had got cold and fever in 1981, the urine regular test showed Pro+++. The patient was diagnosed as acute glomerulonephritis. The patient's condition turned better through herbal medicine treatment, the urine regular test turned negative.

The patient had got cold and fever in 1998, the urine regular test showed Pro+++, the kidney function not well. The patient's condition did not get better through treatment of Kaitong #4 ( 3 times/day), Kidney recovery herb and blood pressure control medicine.

The test result of Crea on 2001 is 1190mmol/L, so the patient started the dialysis treatment since then. The patient has been dialyzed for 4 years since 2001. He has been doing outpatient conventional hemodialysis for 3 times per week at the duration of 4.5 hours per time. The anticoagulate for HD is 5000u of low molecule heparin, with the continuous infusion of regular heparin of 6.5 mg/h. The patient occasionally had the problem of blood pressure drop due to eating or dehydration rate is too fast. Otherwise, the process of dialysis goes smoothly.

The patient sometimes has the acute complication of hypotension, and taking medication to control the blood pressure as regular base.

The diagnosis are: chronic glomerulonephritis, end state renal disease, hypertension, renal anemia

The patient have not get any serious condition and is not hospitalized till 06/25/2005.

The patient is normal on other aspects.

病 历 记 录

(第　Ⅱ)

姓名 _____    门诊号 _____

住院号 _____

1. Name (姓名): Zhang cheng yi (张成义)
2. Sex (性别): Man
3. Age (年龄): 70 y
4. dialysis frequency (透析频率):
   three times per week (每周三次)
5. dialysers (透析器):
   Fresenius Polysulfone capillary dialyser F6
   effective surface area: 1.3 m²
6. dialysate (透析液):
   carbonate (碳酸盐)
7. dialysis time (透析时间): 4.5 hour
8. dry weight (干体重): 65 kg
9. anti coagulant (抗凝剂):
   bolus of heparin: low molecular weight heparin 3000"
   heparin: 5mg / hour
10. blood flow rate (血流速率): 260 ml/min
11. dialysate flow rate (透析液流率): 500 ml/min.

English translation of previous page

# The First Hospital of Tsinghua University

**Name**: Zhang Chengyi  **Sex:** Male  **Age**: 69 yrs

Diagnosis:
- Chronic glomerulonephritis
- End statge renal disease
- Hypertension
- Renal anemia

The patient was dialyzed for 4 years.

HD prescription : conventional hemodialysis

Frequency: 3 times/week   duration: 4.5hours

Blood flows :260ml/min

Dialysate flows:500ml/min

Dialyzer: **FreseniusF6**

Dialysate composition:bicaronate solution

Dry weight: 65kg

Anticoagulation for HD:5000u 0f low molecule heparin,continuous infusion of regular heparin :6.5mg/h

Acute complication: the patient sometimes had hypotension

The latest laboratory results:look at the list