## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

        SCOTT N. SCHOOLS
        United States Attorney

        JOANN M. SWANSON
        Assistant United States Attorney

        ILA C. DEISS
        Assistant United States Attorney
        450 Golden Gate Ave., Box 36055
        San Francisco, CA 94102

Dated: September 28, 2007

        /s/ DANIEL T. HUANG
        DANIEL T. HUANG
        Attorney for Plaintiff