SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHONG ZHANG, <br> JIE MA, <br><br>     Plaintiffs, <br><br>     v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; <br> ALBERTO R. GONZALES, as Attorney General of the United States; <br> MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security, <br><br>     Defendants. | No. C 07-2754 RS <br><br> STIPULATION TO EXTEND DATE OF PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT and [PROPOSED] ORDER |

    Subject to the Court's approval, the parties hereby stipulate to a 14-day extension on the parties' cross-motions/oppositions for summary judgment. Counsel for Defendants has been working on several responses to motions due this week in addition to preparing for trial, and thus requires additional time to file the Defendants' Motion for Summary Judgment.

    Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Cross-Motions for Summary Judgment:                        October 12, 2007

    Case Management Conference:                               October 26, 2007

Stipulation to Extend Date
C07-2754 RS                            1

| | |
|---|---|
| Date: October 1, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: October 1, 2007 | /s/<br>DANIEL HUANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

JEREMY FOGEL
United States District Judge