1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11
   ZHONG ZHANG,                              )
12 JIE MA,                                   )  No. C 07-2754 JF
                                             )
13              Plaintiffs,                  )
                                             )  CORRECTED STIPULATION TO EXTEND
14         v.                                )  DATE OF PARTIES' CROSS-MOTIONS
                                             )  FOR SUMMARY JUDGMENT and
15 EMILIO T. GONZALEZ, Director of the U.S.  )  [~~PROPOSED~~] ORDER
   Citizenship and Immigration Services;     )
16 ALBERTO R. GONZALES, as Attorney General  )
   of the United States;                     )
17 MICHAEL CHERTOFF, in his Official Capacity,)
   Secretary, United States Department of Homeland)
18 Security,                                 )
                                             )
19              Defendants.                  )
                                             )
20

21     Subject to the Court's approval, the parties hereby stipulate to a 14-day extension on the

22 parties' cross-motions/oppositions for summary judgment.  Counsel for Defendants has been

23 working on several responses to motions due this week in addition to preparing for trial, and thus

24 requires additional time to file the Defendants' Motion for Summary Judgment.

25     Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's

26 scheduling order as follows:

27     Cross-Motions for Summary Judgment:                      October 12, 2007

28     Parties' Opposition to the Summary Judgment:             October 26, 2007

Stipulation to Extend Date
C07-2754 JF                                 1

| | | |
|---|---|---|
| 1 | Date: October 1, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: October 1, 2007

/s/
DANIEL HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 10/18/07

JEREMY FOGEL
United States District Judge

Stipulation to Extend Date
C07-2754 JF                                                  2