JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHONG ZHANG,<br>JIE MA,<br><br>            Plaintiffs,<br><br>            v.<br><br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General of the United States;<br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security,<br><br>            Defendants. | No. C 07-2754 JF<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiffs' adjustment of status applications (Form I-485) pursuant to USCIS policy, as articulated in the memorandum entitled Revised National Security Adjudication and Reporting Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and 70/28.1, within 60 days of the dismissal of this action.

///

Stipulation to Dismiss
C07-2754 JF                                      1

1   Each of the parties shall bear their own costs and fees.

2   Date: March 5, 2008                              Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

                                                     _____/s/_____
                                                     ILA C. DEISS[1]
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants

                                                     _____/s/_____
    Date: March 4, 2008                              DANIEL HUANG
                                                     Attorney for Plaintiffs

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:
                                                     _____
                                                     JEREMY FOGEL
                                                     United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-2754 JF                                          2