**E-filed 3/14/08**

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHONG ZHANG, <br> JIE MA, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; <br> ALBERTO R. GONZALES, as Attorney General of the United States; <br> MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security, <br><br> Defendants. | No. C 07-2754 JF <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiffs' adjustment of status applications (Form I-485) pursuant to USCIS policy, as articulated in the memorandum entitled Revised National Security Adjudication and Reporting Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and 70/28.1, within 60 days of the dismissal of this action.

///

Stipulation to Dismiss
C07-2754 JF                                      1

1  Each of the parties shall bear their own costs and fees.

2  Date: March 5, 2008                                  Respectfully submitted,

3                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

                                                        _____/s/_____
                                                        ILA C. DEISS[1]
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants


                                                        _____/s/_____
Date: March 4, 2008                                     DANIEL HUANG
                                                        Attorney for Plaintiffs

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:   3/14/08
                                                        _____
                                                        JEREMY FOGEL
                                                        United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.